1  **THOMPSON COBURN LLP**
   **MITCHELL REINIS, CSB 36131**
2  mreinis@thompsoncoburn.com
   **DIANA A. SANDERS, CSB 296689**
3  dsanders@thompsoncoburn.com
   2029 Century Park East, 19th Floor
4  Los Angeles, California 90067
   Tel: 310.282.2500 / Fax: 310.282.2501
5
6  Attorneys for Plaintiff Patricia Ward Kelly

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 | PATRICIA WARD KELLY, an individual, | CASE NO. 2:16-cv-02960-PA-GJS |
12 | | |
13 | Plaintiff, | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER AUTHORIZING LIMITED EXPEDITED DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF DIANA A. SANDERS; [PROPOSED] ORDER** |
14 | vs. | |
15 | UNIVERSITY PRESS OF MISSISSIPPI, a Mississippi Corporation, KELLI MARSHALL, an individual, and DOES 1 through 10, | |
16 | | |
17 | Defendants. | |
18

19     Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 7-9, Plaintiff
20 Patricia Ward Kelly ("Plaintiff") hereby submits this *Ex Parte* Application for an
21 Order authorizing limited expedited discovery ("Application").
22     Plaintiff hereby seeks the following:
23     1.    An Order requiring Defendants University Press of Mississippi and
24 Kelli Marshall (together, "Defendants") to respond to three categories of
25 interrogatories within five (5) calendar days of service upon the Defendants of the
26 Court's Order and the Interrogatories:
27
28

      a.    The date of intended, proposed, or planned publication of the book of Gene Kelly interviews at issue in this litigation, or an estimated timeframe or timeline regarding publication;

      b.    A list of the Interviews[1] included, sought, or intended to be used in the book at issue in this litigation, whether or not the list is finalized; and

      c.    The identity of any of those individuals and entities that Defendants claim have been purporting to provide authorization or license for the use of any of the Interviews or whom Defendants have sought authorization or license to use any of the Interviews.

This Application is made on an *ex parte* basis with notice to Defendants on the grounds that the expedited discovery sought is central to the underlying case and necessary to support Plaintiff's position on its contemporaneously filed Motion for Preliminary Injunction. Good cause exists for the granting of this application on an *ex parte* basis rather than on a noticed motion.

In accordance with Local Rule 7-19, and as further detailed in the Declaration of Diana A. Sanders, on May 9, 2016, counsel for Plaintiff contacted Ms. Leila Salisbury of the University Press of Mississippi and purported counsel for the University Press of Mississippi, Larry Schemmel, Special Assistant Attorney General for the State of Mississippi, at 601-359-7600 and at lschemmel@mdot.ms.gov and lsalisbury@ihl.state.ms.us. On this same day, counsel for Plaintiff also contacted defendant Kelli Marshall kellirmarshall@gmail.com. Counsel for Plaintiff attempted to contact Mr. Schemmel again on May 10, 2016 at 601-359-7600. Counsel for Plaintiff stated the

---

[1] The term "Interviews" refers to interviews of famous actor, dancer, and choreographer, Gene Kelly, as alleged in paragraph 10 of Plaintiff's Verified Complaint. ECF No. 1.

1  nature of the intended *ex parte* relief.  Neither defendant has indicated whether the
2  defendant intends to oppose this Application.
3       This Application is based on this Notice of Application, the accompanying
4  Memorandum of Points and Authorities, the Declaration of Diana A. Sanders and
5  exhibits thereto, the [Proposed] Order, the pleading in this case, and upon such other
6  evidence and arguments as may be presented to the Court prior to or at any hearing
7  on this Application.

DATED:  May 11, 2016                **THOMPSON COBURN LLP**

By:   /s/ Mitchell Reinis
      **MITCHELL REINIS**
      **DIANA A. SANDERS**
      Attorneys for Plaintiff Patricia Ward Kelly

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 1900, Los Angeles, CA 90067.

On **May 11, 2016**, I served true copies of the following document(s) described as:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER AUTHORIZING LIMITED EXPEDITED DISCOVERY**

on the interested parties in this action as follows:

| | |
|---|---|
| Leila W. Salisbury<br>University Press of Mississippi<br>3825 Ridgewood Road<br>Jackson, MI 39211-6492<br>lsalisbury@mississippi.edu | *Defendant* |
| Larry Schemmel<br>Special Assistant Attorney General<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201<br>lschemmel@mdot.ms.gov | *Purported counsel for*<br>*University Press of Mississippi* |
| Ms. Kelli Marshall<br>College of Communications-DePaul University<br>14 East Jackson Blvd., Suite 1117<br>Chicago, IL 60604<br>kellirmarshall@gmail.com | *Defendant* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dsanders@thompsoncoburn.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 11, 2016**, at Los Angeles, California.

*/s/ Lauren A Stevens*
Lauren A Stevens