**THOMPSON COBURN LLP**
**MITCHELL N. REINIS, CSB 36131**
mreinis@thompsoncoburn.com
**DIANA A. SANDERS, CSB 296689**
dsanders@thompsoncoburn.com
2029 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Plaintiff Patricia Ward Kelly

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WARD KELLY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY PRESS OF MISSISSIPPI, a Mississippi Corporation, KELLI MARSHALL, an individual, and DOES 1 through 10, <br><br> Defendants. | CASE NO. 2:16-CV-02960-PA-GJS <br><br> Assigned to the Honorable, Percy Anderson, Dept. 15 <br><br> **PROOF OF SERVICE OF MOTION FOR PRELIMINARY INJUNCTION AND EX PARTE APPLICATION FOR AN ORDER AUTHORIZING LIMITED EXPEDITED DISCOVERY** |

| Attorney or Party without Attorney:<br>MITCHELL REINIS, Bar #36131<br>THOMPSON COBURN LLP<br>2029 CENTURY PARK EAST<br>19TH FLOOR<br>LOS ANGELES, CA 90067<br>Telephone No: 310-282-2500 FAX No: 310-282-2501<br><br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | | | |
| Plaintiff: PATRICIA WARD KELLY, ETC. | | | | |
| Defendant: UNIVERSITY PRESS OF MISSISSIPPI, ETC., ET AL. | | | | |
| **PROOF OF SERVICE**<br>**HAND DELIVERY** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-CV-02960-PA-GJS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Plaintiff's Ex Parte Application For An Order Authorizing Limited Expedited Discovery; Memorandum Of Points And Authorities In Support; Declaratio Of Diana A. Sanders; [Proposed] Order; Memorandum Of Points And Authorities In Support Of Plaintiff's Ex Parte Application For An Order Authorizing Limited Expedited Discovery; [Proposed] Order Granting Plaintiff's Ex Parte Application For And Order Authorizing Limited Expedited Discovery; Declaration Of Patricia Ward Kelly In Support Of Plaintiff's Motion For Preliminary Injunction; Declaration Of Mitchell Reinis In Support Of Plaintiff's Motion For Preliminary Injunction; Declaration Of Diana A. Sanders In Support Of Plaintiff's Motion For Preliminary Injunction; [Proposed] Preliminary Injunction; Notice Of Motion For Preliminary Injunction; Memorandum Of Points And Authorities; Declarations Of Patricia Ward Kelly, Mitchell Reinis And Diana A. Sanders, [Proposed] Order.

3. a. Party served: KELLI MARSHAL

4. Address where the party was served: 14 E. JACKSON BOULEVARD
   SUITE 1117
   CHICAGO, IL 60604

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party on: Thu., May. 12, 2016 at: 12:05PM, to the person(s) indicated below in the manner as provided in 1011 CCP.

   UNNATI DEPAJAIT, RECEPTIONIST

   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.to the person(s) indicated below in the manner as provided in 1011 CCP.

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KYLE CLUTTER
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server



3600 Lime Street, Suite 626
Riverside, CA 92501
Telephone (951) 779-1110
Fax (951) 779-0100
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, May. 17, 2016

   (KYLE CLUTTER)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**HAND DELIVERY**

3019181 .thocob.804677

Page 2