JIM HOOD
Attorney General of Mississippi
LAWRENCE A. SCHEMMEL
Office of the Attorney General
P. O. Box 1850
401 North West Street
Jackson, MS 39215-1850
Telephone: (601) 359-7600
Facsimile: (601) 359-7774
*lschemmel@mdot.ms.gov*

KAMALA D. HARRIS
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General
DONNA M. DEAN
Deputy Attorney General
State Bar No. 187104
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-9442
Fax: (213) 897-2810
E-mail: Donna.Dean@doj.ca.gov

*Attorneys for Defendant*
*University Press of Mississippi*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA W. KELLY,**<br>Plaintiff,<br>**v.**<br>**UNIVERSITY PRESS OF MISSISSIPPI, et al.,**<br>Defendants. | 2:16-cv-02960-PA-GJS<br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br>*(Local Rule 8-3)*<br>Def. University Press of Mississippi:<br>Complaint Served : May 2, 2016<br>Current Response Date: May 23, 2016<br>New Response Date: June 22, 2016<br>Def. Kelli Marshall:<br>Complaint Served : May 9, 2016<br>Current Response Date: May 31, 2016<br>New Response Date: June 30, 2016<br>Action Filed: 4/29/2016 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant UNIVERSITY PRESS OF MISSISSIPPI shall have until June 22, 2016, to file a responsive pleading to plaintiffs' complaint and Defendant KELLI MARSHALL shall have until June 30, 2016, to file a responsive pleading to plaintiffs' complaint.

Defendants agree that if they file motions in response to the complaint, they will provide a minimum of five weeks notice for the hearing date on such motion(s).

Pursuant to Local Rule 8-3 of the United States District Court for the Central District of California, this stipulation to extend the time for filing defendants' responsive pleadings to the complaint filed by plaintiff is not more than 30 days from the date of the initial time to respond to the complaint.

There have been no prior stipulations to extend the time for filing responsive pleadings to the complaint.

Dated: May 19, 2016

Respectfully submitted,

JIM HOOD
Attorney General of Mississippi
LAWRENCE A. SCHEMMEL
Office of the Attorney General

KAMALA D. HARRIS
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General


/s/ Donna M. Dean
DONNA M. DEAN
Deputy Attorney General
*Attorneys for Defendant*
*University Press of Mississippi*

//

Dated: May __, 2016

THOMPSON COBURN LLP

By: /s/ Mitchell Reinis
MITCHELL REINIS
DIANA A. SANDERS
Attorneys for Plaintiff

Dated: May 19, 2016

Kelli Marshall

# CERTIFICATE OF SERVICE

Case Name: **Patricia W. Kelly v. University Press of Mississippi, et al.** No. **CV16-02960 PA**

I hereby certify that on May 23, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAY**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 23, 2016, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Ms. Kelli Marshall
College of Communications-DePaul University
14 East Jackson Blvd., Suite 1117
Chicago, IL 60604

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 23, 2016, at Los Angeles, California.

/s/ Lisa Martinez
Declarant

LA2016501512
61990648.doc61990648.doc