UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WARD KELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY PRESS OF MISSISSIPPI, et al.,<br><br>    Defendant. | Case No. CV16-2960 PA (GJSx)<br><br>JUDGMENT |

    Pursuant to the Court's August 16 Minute Order granting the Motion to Dismiss filed by Defendant Kelli Marshall and joined in by Defendant University Press of Mississippi,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendants shall have judgment in their favor;

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that Plaintiff take nothing and that Defendants shall have their costs of suit.

DATED: August 17, 2016

                                                _____<br>
                                                           Percy Anderson<br>
                                                       UNITED STATES DISTRICT JUDGE